1

2

3

4

5                     UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF WASHINGTON
6

7    TODD MICHAEL MILLER,

8                    Plaintiff,          NO. CV-09-0052-EFS

9              v.
                                         **ORDER DISMISSING ACTION**
10   AUTOMATED ACCOUNTS, INC.,           **WITHOUT PREJUDICE**

11                   Defendant.

12

13        On May 3, 2011, the Court ordered Plaintiff Todd Michael Miller to

14   "file a statement with the Court explaining why this action should not

15   be dismissed for lack of service" no later than May 16, 2011.  ECF No.

16   2.  The Court further cautioned, "[f]ailure to file a statement will be

17   viewed as consent to dismissal of this action."  *Id.*  Finally, the Court

18   required Plaintiff's counsel Kirk Miller to both mail a copy of that

19   Order to his client and, most importantly, to file a notice indicating

20   compliance with that copy requirement.  *Id.* As of June 9, 2011, nothing

21   was filed by attorney Miller; thus, the Court issued an order requiring

22   attorney Miller to appear and show cause why he failed to comply with the

23   Court's May 3, 2011 Order.  ECF No. 3.

24        On June 13, 2011, attorney Miller filed a Notice of Compliance, ECF

25   No. 4, wherein he states that a copy of the Court's May 3, 2011 Order was

26   provided to Plaintiff.   He also filed a Declaration of Plaintiff's

ORDER ~ 1

Counsel, ECF No. 5, wherein he states that Plaintiff intends to abandon the claim.   Receiving no contrary information from Plaintiff, who received a copy of the show-cause Order, **IT IS HEREBY ORDERED:**

    1.    The Order to Show Cause **(ECF No. 3)** is **SATISFIED.**

    2.    The Complaint is **DISMISSED** without prejudice.

    3.    This file shall be **CLOSED.**

    **IT IS SO ORDERED.**   The District Court Executive is directed to enter this Order and provide copies to counsel.

    **DATED** this __15th__ day of June 2011.


                    _____s/Edward F. Shea_____
                          EDWARD F. SHEA
               United States District Judge

Q:\Civil\2009\52.dismiss.2.frm

ORDER ~ 2